IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ONEGO BIO INC.,
_____
                    Plaintiff(s),

    v.                                                        Case No.    3:25-cv-00761
                                                                          _____

CLARA FOODS CO. d/b/a THE EVERY COMPANY,
_____
                    Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

Jeffrey Theodore                    of      BraunHagey & Borden LLP
_____                     _____
        Attorney                                        Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   California
                                                                          _____
                                                                                Jurisdiction

Dated this  11  day of      February,   2026

s/ Jeffrey Theodore
_____

Name    Jeffrey Theodore
        _____

Firm    BraunHagey & Borden LLP
        _____

Address  747 Front Street
        _____

         4th Floor
        _____

City    San Francisco          State  CA   Zip Code 94111

E-Mail  theodore@braunhagey.com
        _____

Phone   (415) 599-0210
        _____